UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Criminal No. 4:15-CR-64-2BO
Civil No. 4:18-CV-195BO

Elton Gary, )
 )
      Petitioner, )
 )
v. ) ORDER
 )
United States of America, )
 )
      Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 7 day of December, 2018.

TERRENCE W. BOYLE
CHIEF, US UNITED STATES DISTRICT JUDGE